Robert K. CALL

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

March 15, 1973.

Appeal from a judgment of the Bullitt Circuit Court.

In view of Furman v. Georgia, 408 U.S. 238, 92 S.Ct. 2726, 33 L.Ed.2d 346 (1972), it is directed that the judgment, 482 S.W.2d 770, be modified so as to reduce the sentence under Indictment No. 3879 from death to life imprisonment, and as thus modified the judgment is affirmed, all of which shall be certified to the trial court.